IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LITTLE ROBERT ROBERTSON,

     Appellant,

                                  Case No.  5D21-1185

v.                                   LT Case No. 2019-CA-009629-O

JOHN MINA, ESTEFANO PINO, ARAMIS D.
AYALA AND TATIANA JACINTA CORDNER,

     Appellees.
_____/

Decision filed July 5, 2022

Appeal from the Circuit Court
for Orange County,
Kevin B. Weiss, Judge.

Tanya S. White, of TW Law Group, PLLC, Winter
Park, for Appellant.

Brian F. Moes and Walter A. Ketcham, Jr., of
Fisher Rushmer, P.A., Orlando, for Appellees,
John W. Mina, Sheriff of Orange County, Florida
and Estefano Pino.

No Appearance for Remaining Appellees.

PER CURIAM.

     AFFIRMED.

EVANDER, COHEN and WALLIS, JJ., concur.